JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN C. JONES,<br>      Petitioner<br>    v.<br>WARDEN J. ENGLEMAN,<br>      Respondent. | Case No. 2:22-cv-05292-MCS-GJS<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting in Part and Rejecting in Part Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT: habeas relief having been granted, pursuant to 18 U.S.C. § 3632(d)(4)(C), the Bureau of Prisons shall (a) immediately calculate and apply Petitioner's earned time credits to date so as to ascertain his applicable release date, (b) thereafter release Petitioner on that release date pursuant to the appropriate placement within the discretion of the Bureau of Prisons, whether prerelease custody or supervised release, and (c) if that release date already has passed, release him within 20 days to either prerelease custody or supervised release, with the appropriate placement to be determined by the Bureau of Prisons; and this action is dismissed with prejudice.

DATE: October 7, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE